JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elham Ghotbi,<br><br>    Plaintiff,<br><br> v.<br><br>Retrieval-Masters Creditors Bureau, Inc.,<br><br>    Defendant(s). | SACV 09-01405-JVS(ANx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

  The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

  IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED:  January 14, 2010

                _____
                  James V. Selna
                United States District Judge